UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                SECTION "B"

The following cases were called on Wednesday, January 5, 2011 at 9:00 a.m., before Judge Ivan L. R. Lemelle

| | |
|---|---|
| 09-4486 | STANLEY W. REVERE vs LAURIN MARITIME (AMERICA), INC., ET AL |
| | Case called: |
| | NO COUNSEL PRESENT |
| JS10: 01 | CASE IS DISMISSED WITHOUT PREJUDICE |
| | |
| 10-1807 | CHARLIE TEELE vs DAVIS PETROLEUM CORP., ET AL |
| | Case called: |
| | NO COUNSEL PRESENT |
| JS10: 01 | DEFENDANT MACK OIL CO. IS DISMISSED |
| | |
| 10-1910 | CATHY CARDINALE, ET AL vs CONTINENTAL CASUALTY CO., ET AL |
| | Case called: |
| | Matthew Lajeune present for Continental Casualty Company |
| JS10: 05 | DEFENDANT CNA STANDARD LINES INSURANCE COMPANY - DISMISSED WITHOUT PREJUDICE - PLAINTIFF HAS 30 DAYS TO FILE AMENDED COMPLAINT IF NEEDED |
| | |
| 10-2629 | ROSLYN HYMEL, vs MERCK & CO., ET AL |
| | Case called: |
| JS10: 01 | NO COUNSEL PRESENT |
| | DEFENDANT ELI LILLY & CO. DISMISSED |

New Orleans, Louisiana, the 6th day of January, 2011

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE